UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
M&T MORTGAGE CORP.,

        Plaintiff,

    -against-

LEO WHITE et al.,

        Defendants.

    and

LEO WHITE,

        Third-Party Plaintiff,

    against

BETTER HOMES DEPOT, INC., et al.,

        Third-Party Defendants.
-------------------------------------------------------------------x

04-CV-4775 (NGG) (VVP)

**ORDER**

LINDA COUNCIL and KIMBERLY COUNCIL,

        Plaintiffs,

    -against-                04-CV-5620 (NGG) (VVP)

BETTER HOMES DEPOT, INC., et al.,

        Defendants.
-------------------------------------------------------------------x

NICHOLAS G. GARAUFIS, United States District Judge.

    This court has reviewed the unopposed Report and Recommendation ("R&R") of Magistrate Judge Viktor V. Pohorelsky dated March 18, 2010. (Docket Entry #290, No. 04-CV-4775; Docket Entry #313, No. 04-CV-5620.) Finding no clear error, the court adopts Judge

1

Pohorelsky's thorough and well-reasoned R&R pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the Motion for Summary Judgment by Better Homes Depot, Inc. and Madison Home Equities, Inc. (Docket Entry #279, No. 04-CV-4775; Docket Entry #310, No. 04-CV-5620) and the Motion for Summary Judgment by Defendant/Third-Party Plaintiff Leo White and Plaintiffs Linda Council and Kimberly Council (Docket Entry #282, No. 04-CV-4775; Docket Entry #313, No. 04-CV-5620) are DENIED.

SO ORDERED.

Dated: Brooklyn, New York
August 25, 2010

s/Nicholas G. Garaufis

NICHOLAS G. GARAUFIS
United States District Judge