```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M&T MORTGAGE CORPORATION,           :        ORDER
                                    :
                Plaintiff,          :
                                    :        04-CV-4775(WFK)(VVP)
        -against-                   :
                                    :
LEO WHITE, et al.,                  :
                                    :
                Defendants.         :
                                    :
        and                         :
                                    :
LEO WHITE,                          :
                                    :
                Third-Party Plaintiff, :
        -against-                   :
                                    :
BETTER HOMES DEPOT, INC., et al.,   :
                                    :
                Third-Party Defendants. :
                                    :
------------------------------------------------------------X
LINDA COUNCIL, et al.,              :
                                    :        04-CV-5620(WFK)(VVP)
                Plaintiff,          :
                                    :
        -against-                   :
                                    :
BETTER HOMES DEPOT, INC., et al.,   :
                                    :
                Defendants.         :
------------------------------------------------------------X
```

This Court has reviewed the Report and Recommendation of Magistrate Judge Victor Pohorelsky dated February 14, 2012 in each of the above-captioned actions. The Report and Recommendation addresses the motions by Third-Party Plaintiff Leo White in 04-CV-4775 and

Plaintiffs Linda and Kimberly Council in 04-CV-5620 to consolidate the two actions for trial. The Report and Recommendation recommends granting each motion. No objections have been filed. This Court hereby adopts the Report and Recommendation in its entirety.

It is hereby ORDERED that 04-CV-4775 and 04-CV-5620 are consolidated for trial.

**SO ORDERED**

Dated: Brooklyn, New York
March 5, 2012

HON. WILLIAM F. KUNTZ, II
United States District Judge